IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF COMBS, TEXAS, Olga Montes, § <br> Individually and in her Capacity as § <br> Alderman for the City of Combs, Texas, § <br> Antonio Hernandez and Marian Heranadez § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> EAST RIO HONDO WATER SUPPLY § <br> CORPORATION, B. J. Simpson, § <br> Charles M. Kilbourn, Thomas F. Schmitt § <br> Maria Hopper, Gloria Science, Santos § <br> Castillo, Ben Cowan and Henry Lipe, § <br> currently elected and/or appointed § <br> Members of the Board of Directors § <br> of the EAST RIO HONDO WATER § <br> SUPPLY CORPORATION § <br> Defendants. § | | CIVIL ACT. NO. B-02-169 |

### PLAINTIFFS' APPLICATION TO CONVENE A THREE-JUDGE COURT

TO THE HONORBALE JUDGE OF THIS COURT:

Now comes City of Combes, et. al., Plaintiffs in the above styled and numbered cause, and file their Application for a Three-Judge Court and would respectfully show this Court the following:

Plaintiffs request this Court notify the Chief Judge of the Fifth Circuit Court of Appeals to convene a Three Judge Court in order to hear this action pursuant to 28 U.S.C. §2284 and 42 U.S.C. § 1973c.

Plaintiff's counsel has conferred with counsel for Defendants, East Rio Hondo Water Supply Corporation, and understands that said Defendants will not agree to an injunction and will seek to dismiss this action.

DATED: September 23

Respectfully Submitted,

ROLANDO L. RIOS
MELISSA CASTRO
GEORGE KORBEL
The Law Offices of Rolando L. Rios
The Milam Building
115 E. Travis St., Suite 1645
San Antonio, Texas 78205
(210) 222-2102
(210) 222-2898 fax
rrios@rolandorioslaw.com

JOSE GARZA
SBN: 07731950
Law Office of Jose Garza
1913 Fordham
McAllen, Texas 78505
956-343-0157
E-mail: garzpalm@aol.com

ROLANDO L. RIOS
SBN: 16935900

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiffs' Application to Convene A Three-Judge Court has been sent via facsimile and/or First-Class Mail postage prepaid on this 23rd day of September 2002, to the following parties and/or their counsel:

Mr. Jay W. Dyer
3700 North 10th Street
Suite 105
McAllen, Texas 78216
(956)686-6606
(956)748-3179 fax

ROLANDO L. RIOS