IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

NOV 22 2002

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF COMBES, TEXAS, OLGA MONTES, Individually and in her Capacity as Alderman for the City of Combes, Texas, ANTONIO HERNANDEZ and MARIAN HERNANDEZ, Plaintiffs | § § § § § § § § | |
| vs. | § § | CIVIL ACTION NO. B-02-169 |
| EAST RIO HONDO WATER SUPPLY CORPORATION, B.J. SIMPSON, CHARLES M. KILBOURN, THOMAS F. SCHMITT, MARIA HOPPER, GLORIA SCIENCE, SANTOS CASTILLO, BEN COWAN and HENRY LIPE, CURRENTLY ELECTED AND/OR APPOINTED MEMBERS OF THE BOARD OF DIRECTORS OF THE EAST RIO HONDO WATER SUPPLY CORPORATION, Defendants | § § § § § § § § § § § § § § | |

## DISCLOSURE OF INTERESTED PARTIES OF
## EAST RIO HONDO WATER SUPPLY CORPORATION, B.J. SIMPSON, CHARLES M. KILBOURN, THOMAS F. SCHMITT, MARIA HOPPER, SANTOS CASTILLO, BEN COWAN and HENRY LIPE, CURRENTLY ELECTED AND/OR APPOINTED DIRECTORS OF THE EAST RIO HONDO WATER SUPPLY CORPORATION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, EAST RIO HONDO WATER SUPPLY CORPORATION, B.J. SIMPSON, CHARLES M. KILBOURN, THOMAS F. SCHMITT, MARIA HOPPER, SANTOS CASTILLO, BEN COWAN and HENRY LIPE, CURRENTLY ELECTED AND/OR APPOINTED DIRECTORS OF THE EAST RIO HONDO WATER SUPPLY CORPORATION, ("*ERHWSC*")

defendants in the above-referenced action, and files this their Disclosure of Interested Parties.

Pursuant to the Court's Order for Conference and Disclosure of Interested Parties, upon information and belief, ERHWSC identifies the following persons, associations of persons, firms, partnerships, corporations, affiliates, parent corporations, or other entities that are financially interested in the outcome of this litigation:

a. City of Combes, Texas
b. Olga Montes
c. Antonio Hernandez
d. Marian Hernandez
e. East Rio Hondo Water Supply Corporation

Respectfully submitted

_____
J.W. Dyer, Attorney-in-Charge
State Bar No. 06316020
Federal Bar No. 8644
Dyer & Associates
3700 North 10th Street, Suite 105
McAllen, Texas 78501
Telephone: (956) 686-6606
Facsimile: (956) 686-6601
ATTORNEY FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been served on the ___ day of November, 2002, to the following parties in the manner indicated below:

Mr. Rolando L. Rios                                          *Via CMRRR No. 7001 2510 0001 4512 9806*
Law Offices of Rolando L. Rios
The Milam Building
115 E. Travis
Suite 1645
San Antonio, TX 78205

U. S. District Clerk                                         *Via CMRRR No. 7001 2510 0001 4512 9790*
Brownsville Division
600 E. Harrison St.
Brownsville, TX  78520-7114

_____
J. W. Dyer

3