United States District Court
Southern District of Texas
FILED

NOV 2 6 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF COMBS, TEXAS, Olga Montes, Individually and in her Capacity as Alderman for the City of Combes, Texas, Antonio Hernandez and Marian Hernandez,<br><br>Plaintiffs<br><br>v.<br><br>EAST RIO HONDO WATER SUPPLY CORPORATION, B.J. Simpson, Charles M. Kilbourn, Thomas F. Schmitt, Maria Hopper, Gloria Science, Santos Castillo, Ben Cowan, and Henry Lipe, currently elected and/or appointed Members of the Board of Directors of the EAST RIO HONDO WATER SUPPLY CORPORATION,<br><br>Defendants | § § § § § § § § § § § § § § § § § § | CIV. ACT. NO. B-02-169 |

ORIGINAL

## NOTICE OF INTERESTED PARTIES

Pursuant to this Court's Order of September 4, 2002, the following are identified by the Plaintiffs, as having a financial interest in this litigation:

1. City of Combes, Texas
2. Olga Montez
3. Antonio Hernandez
4. Marian Hernandez
5. The Law Office of Rolando L. Rios
6. The Law Office of Jose Garza
7. East Rio Hondo Water Supply Corporation

Dated: November 25, 2002

Respectfully Submitted,

ROLANDO L. RIOS
GEORGE KORBEL
MELISSA M. CASTRO
The Law Office of Rolando L. Rios
Attorneys at Law
115 E. Travis, Suite 1645
San Antonio, Texas 78205
Ph  (210) 222-2102
Fax (210) 222-2898

JOSE GARZA
The Law Office of Jose Garza
1913 Fordham
McAllen, Texas 78505
Ph (956) 343-0157

By: _____
ROLANDO L. RIOS
Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been mailed to the attorney for the Defendants at the following address on this 25th day of November 2002.

Mr. J.W. Dyer, Attorney-in-Charge
Dyer & Associates
3700 N. 10th Street, Suite 105
Mc Allen, Texas 78501
Tel. (956) 686-6606
Fax (956) 686-6601

By: _____
ROLANDO L. RIOS