IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

DEC 0 4 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| CITY OF COMBS, TEXAS, Olga Montes, Individually and in her Capacity as Alderman for the City of Combes, Texas, Antonio Hernandez and Marian Hernandez, § § § § § Plaintiffs § § v. § § EAST RIO HONDO WATER SUPPLY § CORPORATION, B.J. Simpson, § Charles M. Kilbourn, Thomas F. Schmitt, § Maria Hopper, Gloria Science, Santos Castillo, § Ben Cowan, and Henry Lipe, currently elected § and/or appointed Members of the Board of § Directors of the EAST RIO HONDO WATER § SUPPLY CORPORATION, § § Defendants. § | CIV. ACT. NO. B-02-169 |

## PLAINTIFFS' INITIAL DISCLOSURES

TO:   Defendants, East Rio Hondo Water Supply Corporation, B.J. Simpson, Charles M. Kilbourn, Thomas F. Schmitt, Maria Hopper, Gloria Science, Santos Castillo, Ben Cowan, and Henry Lipe, currently elected and/or appointed Members of the Board of Directors of the East Rio Hondo Water Supply Corporation, through their attorney of record:

Mr. J.W. Dyer
Dyer & Associates
3700 North 10th Street, Suite 105
McAllen, Texas 78501
(956) 686-6606

Plaintiffs, City of Combes, Texas, Olga Montes, Individually and in her capacity as Alderman for the City of Combes, Texas, Antonio Hernandez, and Marian Hernandez, through their attorney of record, make theses initial disclosures, as required by F.R.C.P. 26(a)(1):

(A)  the name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims, identifying the subjects of the information;

Olga Montes
Town of Combes
PO Box 280, 306 Templeton St.
Combes, Texas 78535
(956) 425-7131

Antonio Hernandez

Marian Hernandez

The Honorable Silvestre Garcia
Mayor of Combes
Town of Combes
PO Box 280, 306 Templeton St.
Combes, Texas 78535
(956) 425-7131

(B)  a copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

A copy of the above is attached;

(C)  a computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials nearing on the nature and extent of injuries suffered; and

Damages include attorneys' fees, costs, and interest;

(D)  for inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment

There are none.

Dated: December 2, 2002

Respectfully Submitted,

ROLANDO L. RIOS
GEORGE KORBEL
MELISSA M. CASTRO
The Law Office of Rolando L. Rios
Attorneys at Law
115 E. Travis, Suite 1645
San Antonio, Texas 78205
Ph (210) 222-2102
Fax (210) 222-2898

JOSE GARZA
The Law Office of Jose Garza
1913 Fordham
McAllen, Texas 78505
Ph (956) 343-0157

By: _____
ROLANDO L. RIOS
Attorneys for the Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing been sent via first-class mail to the attorney for the Defendants at the following address on this ___ day of December 2002.

Mr. J.W. Dyer
Dyer & Associates
3700 N. 10th Street, Suite 105
Mc Allen, Texas 78501
Tel. (956) 686-6606
Fax (956) 686-6601

By: _____
ROLANDO L. RIOS

3

# East Rio Hondo Water Supply Corporation
206 Industrial Parkway • P.O. Box 621 • Rio Hondo, Texas 78583
*THIS INSTITUTION IS AN EQUAL OPPORTUNITY PROVIDER AND EMPLOYER*

November 14, 2002

Mayor Silvestre Garcia
Town of Combes
P.O. Box 280
Combes, Texas 78535

Dear Mayor Garcia:

This letter serves as written notice to the Town of Combes (Combes), Texas, that East Rio Hondo Water Supply Corporation (ERHWSC) has disconnected service to the Harlingen Waterworks System (HWWS) meter located on ERHWSC's distribution system at the intersection of FM 508 and US 77 Frontage Road. This is the same meter, which supplies Combes with water from HWWS via a transfer contract between Combes and ERHWSC. Service to the meter was disconnected on November 14, 2002, as a result of Combes' failure to provide a backflow preventer, as required by item #4 of their obligations under the transfer contract. The termination of service was also enacted as Combes has failed to provide proof of a written water supply contract with HWWS specific to the meter location noted above. Both of these requirements were communicated to Combes in a letter from ERHWSC dated October 8, 2002. This letter allowed Combes to provide the required items by November 11, 2002.

When ERHWSC is provided the above noted water supply contract requirement, and the required backflow preventer is installed, ERHWSC will reestablish service. You may contact Mr. Brian E. Macmanus, P.E. at (956)-748-3143 with questions regarding this issue.

Sincerely,

*B. J. Simpson*

Billie Joe Simpson
Board President


cc: Mr. Cloice Whitley, HWWS

# East Rio Hondo Water Supply Corporation
206 Industrial Parkway • P.O. Box 621 • Rio Hondo, Texas 78583
*THIS INSTITUTION IS AN EQUAL OPPORTUNITY PROVIDER AND EMPLOYER*

October 8, 2002                                        Cert.#70011140000160233692

Mayor Silvestre Garcia
Town of Combes
P.O. Box 280
Combes, Texas 78535

Dear Mayor Garcia:

This letter serves as written notice to the Town of Combes, Texas to provide payment for services as specified in their water transfer contract with East Rio Hondo Water Supply Corporation (ERHWSC), as well as services outside of the scope of the contract. ERHWSC is due payment by the Town of Combes for the minimum billing on our transfer contract, and the water metered from our system to the Town of Combes. In addition, the contract between the Town of Combes and ERHWSC is for transfer only. This transfer is supposed to be from Harlingen Waterworks System (HWWS) to the Town of Combes through ERHWSC. HWWS has not considered the Town of Combes meter located at the intersection of State Highway 77 and FM 508 an active account since November 2001. Their last bill for a $100.00 minimum was sent to the Town of Combes on October 29, 2001.

Since HWWS' last billing date they have chosen to not supply water through ERHWSC for the transfer contract. HWWS considers the meter at the above-mentioned location a ERHWSC and Town of Combes issue. They do not wish to be involved in the complicated billing adjustments for EHRWSC that have occurred in the past. This is my understanding from personal conversations with Cloice Whitley, General Manager of HWWS.

ERHWSC has no obligation to provide the Town of Combes with a water supply, as we are contracted for water transfer from HWWS only. ERHWSC requires the Town of Combes to remedy this situation, and provide proof of a water supply contract with HWWS for the specific meter. The written supply contract from HWWS must have provisions to deduct amounts metered to the Town of Combes off of the ERHWSC meter located on FM 507 and Amistad Road. The Town of Combes must also provide notice to ERHWSC that they intend to use the meter so that ERHWSC can open the master meter between ERHWSC & HWWS for transfer to occur.

In addition to proof of a supply contract with HWWS for this specific meter site, the Town of Combes must pay ERHWSC fees owed for water used as follows:

| | | |
|---|---|---|
| Last HWWS reading | 01/97-10/01 | 29889 |
| Meter opened | Nov/08/01 | 29889 |
| Meter closed | Nov/09/01 | 29949 |
| Meter opened | Nov/19/01 | 29949 |
| Meter closed | Nov/19/01 | 29958 |

TOTAL WATER USED                                       69K GAL
WATER COST $1.65/K (ERHWSC WHOLESALE RATE) + WATER RTS @ $.20/K ($45 PER ACRE-FT Rental X 1.25 pushwater X 1.15 system loss)
TOTAL COST                                             $127.65

|  |  |  |
|---|---|---|
| Meter opened | Unknown | 29958 |
| Meter closed | Read on 9/17/02 | 30014 |

TOTAL WATER USED                                    56K GAL
WATER COST $2.25/K (ERHWSC NEW WHOLESALE RATE) + WATER RTS @ $.20/K.
TOTAL COST                                          $137.20

In the past four years (since October 1998) HWWS has billed the Town of Combes $3800 or 38 minimums of $100. In compliance with item #5 of our transfer contract the Town of Combes owes ERHWSC 38 X $39.00 totaling $1482.00.

TOTAL BILL        $127.65 + $137.20 + $1482.00 = **$1746.85**

In addition, the Town of Combes is not in compliance with item #4 of the contract, which requires backflow prevention between the Town of Combes system and ERHWSC's system. Current TCEQ requirements and standards for water quality, and "water purveyor" responsibility, make this issue a high priority. The Town of Combes must provide a testable double check valve assembly and test and maintain it upon installation and on an annual basis as is required by industry and TCEQ standards.

Please provide ERHWSC the above noted water supply contract requirement, noted fees and rates, and required backflow preventer by November 11, 2002. Unless you can provide these requirements by November 11, 2002, ERHWSC will consider the contract breached and void, and will cap the line in front of the meter. If ERHWSC is forced to file suit to recover the noted fees and rates, it will seek to recover the associated attorney fees and litigation costs. You may contact Mr. Brian E. Macmanus, P.E. at (956)-748-3143 with questions regarding this issue.

Sincerely,

*B.J. Simpson*

Billie Joe Simpson
Board President


Enclosures    HWWS Billing Records
              ERHWSC & Combes Transfer Contract


cc: Mr. Cloice Whitley, HWWS

*ERHWSC -2*