# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

**DEC 1 7 2002**

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CITY OF COMBES, ET AL.<br>    Plaintiffs, | §<br>§<br>§ | |
| VS. | §<br>§ | CIVIL ACTION NO. B-02-169 |
| EAST RIO HONDO WATER<br>SUPPLY CORP., ET AL.<br>    Defendants. | §<br>§<br>§<br>§ | |

## ORDER

Pending before the Court is Plaintiffs' Application to Convene a Three-Judge Court. Docket No. 3. Having determined that Plaintiffs' claims regarding noncompliance with the pre-clearance requirements of § 5 of the Voting Rights Act of 1965 are neither wholly insubstantial nor completely without merit, see League of United Latin Am. Citizens of Texas v. Texas, 113 F.3d 53, 55 (5th Cir. 1997) (per curiam), the Court hereby **GRANTS** Plaintiffs' Application to Convene a Three-Judge Court. It is therefore **ORDERED, ADJUDGED,** and **DECREED** that a three-judge district court panel shall be convened to hear Plaintiffs' suit.

In furtherance of this **ORDER**, the Court, via the attached letter, hereby **NOTIFIES** the Chief Judge of the Fifth Circuit of this ruling.

**DONE** at Brownsville, Texas, this 17th day of December, 2002.

Andrew S. Hanen
United States District Judge



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

**ANDREW S. HANEN**
U.S. DISTRICT JUDGE

600 E. HARRISON STREET, #301
BROWNSVILLE, TEXAS 78520-7114
TEL (956)548-2591
FAX (956)548-2612

December 17, 2002

The Honorable Carolyn Dineen King
Bob Casey U.S. Courthouse
515 Rusk Street, Room 11020
Houston, TX 77002

*Via-Regular Mail &*
*Via-Fax: (713) 250-5050*

Re:   Civil Action No. B-02-169; *Request for Three-Judge Panel in City of Combes, Texas et al. v. East Rio Hondo Water Supply Corp. et al.*

Dear Chief Judge King,

The Plaintiffs in the above-referenced case brought this action alleging noncompliance with the pre-clearance requirements of § 5 of the Voting Rights Act of 1965. Having determined that Plaintiffs' claims are neither wholly insubstantial nor completely without merit, I have ordered that a three-judge court be convened and hereby request the appointment of a three-judge district court panel pursuant to 28 U.S.C. § 2284 and 42 U.S.C. § 1973c. The election in question is scheduled for February of 2003. Consequently, there is some time sensitivity to this matter. Both the docket sheet and the Order granting the Plaintiffs' Application to Convene a Three-Judge Court, Docket No. 3, are enclosed for your review.

Yours truly,

Andrew S. Hanen
United States District Judge

AH:cs
Enclosures

cc:   Rolando L. Rios
      Attorney at Law
      115 E. Travis, Suite 1645
      San Antonio, TX 78205

*Via-Regular Mail &*
*Via-Fax: (210) 222-2898*

Honorable Carolyn Dineen King
December 17, 2002
Page 2

---

cc:     James William Dyer                              *Via-Regular Mail &*
        Dyer & Associates                               *Via-Fax: (956) 686-6601*
        3700 N. 10th St., Suite 105
        McAllen, TX 78501

        Butch Barbosa
        U.S. District Clerk, Deputy-in-Charge           *Via-Hand Delivery*
        600 E. Harrison St., #101
        Brownsville, TX 78520