Case 1:02-cv-00169   Document 12   Filed in TXSD on 12/18/2002   Page 1 of 2
DEC-18-2002 02:57PM  FROM-U S DISTRICT COURT       713-250-5014        T-546  P.003/004  F-860

12

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CITY OF COMBES, et al., § | |
| § | |
| Plaintiffs, § | |
| § | |
| v. § | CIVIL ACTION NO. B-02-169 |
| § | |
| EAST RIO HONDO WATER § | |
| SUPPLY CORP., et al., § | |
| § | |
| Defendants. § | |

### ORDER CONSTITUTING THREE-JUDGE COURT

1. Requesting Judge:   Andrew S. Hanen
                       Southern District of Texas

2. Circuit Judge:      Edith H. Jones
                       United States Court of Appeals for
                       the Fifth Circuit

3. District Judge:     Hilda Tagle
                       Southern District of Texas

Having been informed by the above identified requesting district judge that this action, which has been presented to him, is required to be heard and determined by a court composed of three judges-pursuant to the provisions of 28 U.S.C. § 2284, as Chief Judge of the United States Court of Appeals for the Fifth Circuit, I hereby designate the United States circuit and district judges named above as the members of the three-judge district court that is to hear and resolve this matter.

This Order is not to be taken as a pre-judgment, express or implied, that this is an action to be heard exclusively by a three-judge court. That question is best answered by a three-judge

court. The parties will be afforded the opportunity to brief and argue all questions as may appropriately be presented to the three-judge panel, either preliminarily or on the trial of the merits, as the court deems appropriate.

*[signature]*
Carolyn Dineen King, Chief Judge
United States Court of Appeals
for the Fifth Circuit

Date: December 18, 2002