IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF COMBS, TEXAS, Olga Montes, Individually and in her Capacity as Alderman for the City of Combes, Texas, Antonio Hernandez and Marian Hernandez, § § § § § | | |
| Plaintiffs § § | | |
| v. § | CIV. ACT. NO. B-02-169 | |
| § | | |
| EAST RIO HONDO WATER SUPPLY CORPORATION, B.J. Simpson, Charles M. Kilbourn, Thomas F. Schmitt, Maria Hopper, Gloria Science, Santos Castillo, Ben Cowan, and Henry Lipe, currently elected and/or appointed Members of the Board of Directors of the EAST RIO HONDO WATER SUPPLY CORPORATION, § § § § § § § § § | | |
| Defendants. § | | |

United States District Court
Southern District of Texas
FILED

DEC 1 9 2002

Michael N. Milby
Clerk of Court

## ADDITIONAL BREIFING ON THREE-JUDGE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

Now Comes Plaintiffs, and request this honorable court to convene a three-judge court as required by Section 5 of the Voting Rights Act, 42 U.S.C. 1973c; and would show as follows:

### INTRODUCTION

Plaintiffs filed an Application to Convene a Three-Judge Court on September 26, 2002. In addition, Plaintiffs filed a Motion for Preliminary Injunction on December 4, 2002. Plaintiffs request a Three Judge Court be convened and that a hearing be set on the Motion for Preliminary Injunction.

## LAW AND ARGUMENT

Section 5 of the Voting Rights Act, 42 U.S.C. §1973c, states that any action under this section shall be heard and determined by a court of three judges in accordance with the provisions of 28 U.S.C. §2284.

28 U.S.C. §2284(b)(1) provides that the district judge to whom a request for a three-judge court is made shall, unless he determines that three judges are not required, notify the chief judge of the circuit to convene a three-judge court. Appeals from decisions of three-judge courts under 42 U.S.C. 1973c must be made directly to the Supreme Court. Courts of appeals, however, have jurisdiction to determine whether a single district judge properly declined to convene a three-judge court. Single district judges may not determine the merits of claims alleging the failure to preclear voting changes under 42 U.S.C. §1973c.

In this case, Defendant Water Supply Corporation filed its Articles of Incorporation on May 17, 1972, with the Texas Secretary of State. Defendant adopted its Bylaws on February 14, 1997. These Bylaws contained practices and procedures affecting voting, including a poll tax and candidacy requirements which affect the right to vote. Defendant has failed to obtain preclearance of these election changes, the implementation of those changes and the conduct and administration of the election process is illegal and unenforceable as a matter of law pursuant to Section 5 of the Voting Rights Act. 42 U.S.C. §1973c.

Congress intended that disputes involving coverage of 42 USC §1973c be determined by a three-judge court. *LULAC v. Texas*, 113 F.3d 53 (5th Cir. 1997); *Allen v. State Bd. of Elections*, 393 U.S. 544 (1969); and *Trinidad v. Koebig*, 638 F.2d 846 (5th

Cir. 1981). The initial determination of whether change in voting procedures has been effected and is so covered by the Voting Rights Act, must be heard by a three-judge court of the district in which suit is brought; even if it is true that the change, if any, is small, it still must be made by three-judge court and not by single judge. *Sumter County Democratic Executive Committee v. Dearman*, 514 F.2d 1168 (5th Cir. 1975).

## CONCLUSION

For the foregoing reasons, Plaintiffs requests that a Three-Judge Court be convened and that a hearing be set on the Motion for Preliminary Injunction.

DATED: December 3, 2002          Respectfully Submitted,

ROLANDO L. RIOS
GEORGE KORBEL
MELISSA M. CASTRO
The Law Offices of Rolando L. Rios
The Milam Building
115 E. Travis, Suite 1645
San Antonio, Texas 78205
Ph: (210) 222-2102
Fax:(210) 222-2898

JOSE GARZA
The Law Office of Jose Garza
1913 Fordham
McAllen, Texas 78505
Ph (956) 343-0157

By: _____
ROLANDO L. RIOS
Attorney for the Plaintiffs

3

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered via first class mail to the following on this 13th day of December 2002.

Mr. J.W. Dyer
Dyer & Associates
3700 N. 10th Street, Suite 105
Mc Allen, Texas 78501
Tel. (956) 686-6606
Fax (956) 686-6601

By: _____
ROLANDO L. RIOS

4