*15*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 1 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CITY OF COMBES, TEXAS, ET AL. | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-169 |
| | § | (Three-Judge District Court) |
| | § | |
| EAST RIO HONDO WATER SUPPLY | § | |
| CORP., ET AL. | § | |

## Order of Three-Judge District Court

The parties are hereby ordered to brief and submit the following to the Court by close of business January 24, 2003:

1. A statement of agreed material facts (including facts about the East Rio Hondo Water Supply Corp., its governance, its functions, its customers, the area it serves, its relationship with the Plaintiffs and any other material facts relevant to the dispute).
2. A statement of disputed material facts.
3. Any additional briefing desired by either party.

Defendant's Motion for Reconsideration of the Order impaneling the Three-Judge District Court is denied. The Court hereby gives the parties notice that it may consider sua sponte a summary judgement in this matter following the expiration of ten days.

Finally, the following issues and claims are hereby severed and referred to Judge Hanen, sitting as a single-judge District Court:

1. Plaintiffs' claims under the 14th, 15th and 19th Amendments;
2. Plaintiffs' claims under Section 2 of the Voting Rights Act; and
3. East Rio Hondo Water Supply Corporation's counterclaim.

Judge Hanen will enter separate orders governing the briefing and schedule on those claims.

DONE at Brownsville, Texas, this 17th day of January, 2003.

_____
Andrew S. Hanen
United States District Judge

Sitting with United States Judge for the Fifth
Circuit Court of Appeals Edith H. Jones and
United States District Judge Hilda G. Tagle

2