17

THE HONORABLE JOHN WM. BLACK

INITIAL PRETRIAL CONFERENCE

United States District Court
Southern District of Texas
FILED

DEC 0 4 2002

Michael N. Milby
Clerk of Court

CIVIL ACTION NO. B-02-169         DATE & TIME:   12-04-02 AT 1:30 P.M.

CITY OF COMBS, TEXAS, ET AL.      PLAINTIFF(S)   ROLANDO RIOS
                                  COUNSEL
VS.

EAST RIO HONDO WATER SUPPLY       DEFENDANT(S)   JAMES DYER
                                  COUNSEL
---
ERO: Rita Nieto
CSO: Tony Yanez

    Attorneys Rolando Rios and Sharon Almaguer in lieu of James Dyer appeared.

    Parties will file a brief regarding the need for a three judge court panel.

    Response to Plaintiffs' Motion for Preliminary Injunction due by December 20, 2002.