IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED

JAN 2 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CITY OF COMBES, TEXAS, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-169 |
| § | (Single-Judge District Court) |
| EAST RIO HONDO WATER SUPPLY § | |
| CORP. ET AL. § | |

## ORDER

On January 17, 2003, the three-judge District Court entered an order severing and remanding Plaintiffs' claims under the Fourteenth, Fifteenth, and Nineteenth Amendments of the United States Constitution, as well as Plaintiff's claim brought pursuant to Section 2 of the Voting Rights Act of 1965 and East Rio Hondo Water Supply Corporation's contract-related counterclaim. Docket No. 15. To date, the parties' pleadings and motion practice have been principally devoted to Plaintiffs' Section 5 claim and have offered little in the way of factual and legal briefing on the remanded matters. The Court's examination of the record reveals that discussion of these matters has been limited to: Docket No. 1 at ¶¶ 1, 3, 16, 20; Docket No. 4 at ¶¶ 3, 25-31; Docket No. 8 at 2; Docket No. 11 at ¶ 6; Docket No. 14 at ¶ 2. It appears to this Court that Plaintiffs are primarily requesting declaratory and injunctive relief similar to or identical to that requested regarding their Section 5 claim.

Therefore, the parties are hereby **ORDERED** to brief each of Plaintiffs' remaining claims. Said briefing shall include at a minimum: (a) a statement of jurisdiction, (b) citation and discussion of the dispositive legal authorities for each cause of action, (c) analysis applying the material facts of this case to the controlling legal standards, and (d) the relief requested and the legal or equitable basis therefor. Given that Defendants' counterclaim is less time-sensitive, it may be omitted from

the present briefing. Said briefing may be filed in the form of an application for injunctive relief, motion to dismiss, motion for summary judgment, or any other form of motion provided for in the Federal Rules of Civil Procedure.

Given that the elections at issue in this case are imminent (February 11, 2003), the parties are **ORDERED** to submit said briefing no later than the close of business Tuesday, February 4, 2003. Should it be mistaken about the time-sensitive nature of the relief requested by Plaintiffs, the Court will entertain an unopposed motion to extend this deadline.

**DONE** at Brownsville, Texas, this 27th day of January, 2003.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE