IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

| | |
|---|---|
| CITY OF COMBES, TEXAS, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-02-169 |
| § | (Three-Judge District Court) |
| EAST RIO HONDO WATER SUPPLY § | |
| CORP. ET AL. § | |

## SUMMARY JUDGMENT

Before JONES, Circuit Judge, and TAGLE and HANEN, District Judges.

Having considered the record in its entirety and having given timely notice to the parties, the Court on its own motion hereby **GRANTS** judgment as a matter of law in favor of the Defendants regarding Plaintiffs' cause of action brought pursuant to Section 5 of the Voting Rights Act of 1965. An opinion outlining the basis for this judgment will be forthcoming.

Signed the 3rd day of February, 2003.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
Signing on behalf of all members
of the three-judge District Court