# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# —BROWNSVILLE DIVISION—

| | | |
|---|---|---|
| CITY OF COMBES, TEXAS, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-169 |
| | § | (Single-Judge District Court) |
| EAST RIO HONDO WATER SUPPLY | § | |
| CORP. ET AL. | § | |

## ORDER

The Court hereby **ORDERS** the parties to appear in the Brownsville Division of the District Court for the Southern District of Texas on Friday, February 7, 2003 at 3:00 p.m. for the purpose of discussing the status of the case and providing the Court with additional information and argument on the parties' remaining claims.

**DONE** at Brownsville, Texas, this 3rd Day of February, 2003.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE