United States District Court
Southern District of Texas
FILED

FEB 0 3 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATED DISTRICT COURT
FORT THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF COMBES, TEXAS, OLGA MONTES, Individually and in her Capacity as Alderman for the City of Combes, Texas, ANTONIO HERNANDEZ and MARIAN HERNANDEZ,<br>Plaintiffs | § § § § § § § § § | |
| VS. | § § | CIVIL ACTION NO. B-02-169 |
| EAST RIO HONDO WATER SUPPLY CORPORATION, B. J. SIMPSON, CHARLES M. KILBOURN, THOMAS F. SCHMITT, MARIA HOPPER, GLORIA SCIENCE, SANTOS CASTILLO, BEN COWAN and HENRY LIPE, CURRENTLY ELECTED AND/OR APPOINTED MEMBERS OF THE BOARD OF DIRECTORS OF THE EAST RIO HONDO WATER SUPPLY CORPORATION<br>Defendants | § § § § § § § § § § § § § | |

**DEFENDANTS' UNOPPOSED
MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Defendants East Rio Hondo Water Supply Corporation. B. J. Simpson, Charles M. Kilbourn, Thomas F. Schmitt, Maria Hopper, Gloria Science, Santos Castillo, Ben Cowan and Henry Lipe, Currently Elected and/or Appointed Members of the Board of Directors of the East Rio Hondo Water Supply Corporation in the above- styled and numbered cause, and files this their **MOTION FOR CONTINUANCE** and would respectfully show unto the Court as follows:

1.

In an order received from the Honorable United States District Court dated February 3, 2003, a hearing was scheduled by the Honorable Judge Andrew S. Hanen for the purpose of discussing the status of the case and providing the Court with additional information and arguments on the parties' remaining claims. This status conference has been scheduled for February 7, 2003 to commence at 3:00 p.m.

2.

J. W. Dyer, lead counsel for the East Rio Hondo Water Supply Corporation Defendants is currently engaged in trial on another matter styled *Cause No. C-3216-99-A; North Alamo Water Supply Corporation vs. BFI Waste Systems of North America, et al.* This trial began on February 3, 2003 and is expected to last for at least two weeks, through February 14, 2003.

**WHEREFORE, PREMISES CONSIDERED,** East Rio Hondo Water Supply Corporation. B. J. Simpson, Charles M. Kilbourn, Thomas F. Schmitt, Maria Hopper, Gloria Science, Santos Castillo, Ben Cowan and Henry Lipe, Currently Elected and/or Appointed Members of the Board of Directors of the East Rio Hondo Water Supply Corporation, Defendants in the above styled and numbered cause, files this their **UNOPPOSED MOTION FOR CONTINUANCE** and respectfully request the court continue the status conference for one week, until February 21, 2003, and that Defendants receive all other and further relief, either at law or in equity, to which Defendants are justly entitled.

Respectfully submitted,

_____
J. W. Dyer
State Bar No. 06316020

**DYER & ASSOCIATES**
3700 North Tenth Street, Suite 105
McAllen, Texas 78501
Phone: (956) 686-6606
Fax:    (956) 686-6601

**ATTORNEYS FOR DEFENDANT
EAST RIO HONDO WATER SUPPLY
CORPORATION**

## CERTIFICATE OF SERVICE

    A true and correct copy of the foregoing Defendants' Unopposed Motion for Continuance, has been forwarded to the following counsel of record, on February ___, 2003 as follows.

| | |
|---|---|
| Mr. Micheal Milby<br>U. S. District Clerk<br>Brownsville Division<br>600 E. Harrison St.<br>Brownsville, Texas 78520-7114 | **Via Hand Delivery** |
| Mr. Rolando Rios<br>The Law Office of Rolando Rios<br>The Milam Building<br>115 E. Travis, Ste. 1645<br>San Antonio, Texas 78205 | **Via Facsimile No: (210) 222-2898** |

_____
J.W. Dyer

IN THE UNITED STATED DISTRICT COURT
FORT THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF COMBES, TEXAS, ET AL | § | |
| Plaintiffs | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-169 |
| | § | |
| EAST RIO HONDO WATER SUPPLY | § | |
| CORPORATION, ET AL | § | |
| Defendants | § | |

### CERTIFICATE OF CONFERENCE

TO THE HONORABLE JUDGE OF SAID COURT:

The undersigned has consulted with opposing counsel concerning Defendant's Motion For Continuance. Plaintiff's counsel was not opposed to Defendants' Motion For Continuance.

Respectfully submitted,

_____
J. W. Dyer
State Bar No. 0631600

**DYER & ASSOCIATES**
3700 North Tenth Street, Suite 105
McAllen, Texas 78501
Phone: (956) 686-6606
Fax:    (956) 686-6601

**ATTORNEYS FOR DEFENDANT EAST RIO HONDO WATER SUPPLY CORPORATION**

IN THE UNITED STATED DISTRICT COURT
FORT THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF COMBES, TEXAS, ET AL § | | |
| Plaintiffs § | | |
| § | | |
| VS. § | CIVIL ACTION NO. B-02-169 | |
| § | | |
| EAST RIO HONDO WATER SUPPLY § | | |
| CORPORATION, ET AL § | | |
| Defendants § | | |

## ORDER GRANTING
## MOTION FOR CONTINUANCE

On this day the Court considered Defendants' Unopposed Motion for Continuance. The Court, having considered the motion, response and evidence on file finds that said motion is meritorious and should be GRANTED.

**IT IS THEREFORE ORDERED**, that Defendants East Rio Hondo Water Supply Corporation. B. J. Simpson, Charles M. Kilbourn, Thomas F. Schmitt, Maria Hopper, Gloria Science, Santos Castillo, Ben Cowan and Henry Lipe, Currently Elected and/or Appointed Members of the Board of Directors of the East Rio Hondo Water Supply Corporation's Motion for Continuance should be and the same is hereby **GRANTED**.

**IT IS FURTHER ORDERED**, that the status conference on this matter be rescheduled for the _____ day of _____, 2003 to commence at _____ a.m./p.m.

SIGNED on this _____ day of _____, 2003.

_____
**JUDGE PRESIDING**

Please forward copies to:

Mr. J. W. Dyer, Dyer & Associates, 3700 North 10th, Suite 105, McAllen, Texas 78501
Mr. Rolando Rios, Law offices of Rolando Rios, Milam Building, 115 E. Travis Street, Ste. 1645, San Antonio, Texas 78205