

IN THE UNITED STATED DISTRICT COURT
FORT THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 7 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CITY OF COMBES, TEXAS, ET AL § <br> Plaintiffs § <br> § <br> VS. § <br> § <br> EAST RIO HONDO WATER SUPPLY § <br> CORPORATION, ET AL § <br> Defendants § | CIVIL ACTION NO. B-02-169 |

## ORDER GRANTING
## MOTION FOR CONTINUANCE

On this day the Court considered Defendants' Unopposed Motion for Continuance. The Court, having considered the motion, response and evidence on file finds that said motion is meritorious and should be GRANTED.

**IT IS THEREFORE ORDERED**, that Defendants East Rio Hondo Water Supply Corporation. B. J. Simpson, Charles M. Kilbourn, Thomas F. Schmitt, Maria Hopper, Gloria Science, Santos Castillo, Ben Cowan and Henry Lipe, Currently Elected and/or Appointed Members of the Board of Directors of the East Rio Hondo Water Supply Corporation's Motion for Continuance should be and the same is hereby **GRANTED**.

**IT IS FURTHER ORDERED,** that the status conference on this matter be rescheduled for the 21st day of February, 2003 to commence at 10:00 a.m./~~p.m.~~

SIGNED on this 7th day of Feb, 2003.

_____
JUDGE PRESIDING

**Please forward copies to:**

Mr. J. W. Dyer, Dyer & Associates, 3700 North 10th, Suite 105, McAllen, Texas 78501
Mr. Rolando Rios, Law offices of Rolando Rios, Milam Building, 115 E. Travis Street, Ste. 1645, San Antonio, Texas 78205