*27*

United States District Court
Southern District of Texas
FILED

FEB 2 1 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

STATUS CONFERENCE

CIVIL ACTION NO. B-02-169          DATE & TIME 2/21/03 @ 11:15 - 11:25 am


CITY OF COMBS, TX, ET AL          PLAINTIFFS' JOSE GARZA
                                  COUNSEL
VS

EAST RIO HONDO WATER SUPPLY       DEFENDANTS' JAMES W. DYER
CORPORATION, ET AL                COUNSEL

---

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              D. Figueroa


Jose Garza appeared for Plaintiffs.  James W. Dyer appeared for Defendants.

The following deadlines were given by the Court:

Joint Pretrial Order to be due by October 10, 2003
Final Pretrial/Docket call is set for October 30, 2003 @ 1:30 pm.
Jury Selection is set for October 31, 2003 @ 9:00 am.

Parties are to inform the Court how they want to proceed with this case.
Parties to submit motion for dismissal or prepare joint scheduling order with
attorneys providing their own deadlines but include the 3 dates given by the
Court.  Said scheduling order to be submitted by March 10, 2003.

Court adjourned.