IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 2 7 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF COMBS, TEXAS, Olga Montes, Individually and in her Capacity as Alderman for the City of Combes, Texas, Antonio Hernandez and Marian Hernandez, | § | |
| Plaintiffs | § | |
| v. | § | CIV. ACT. NO. B-02-169 |
| EAST RIO HONDO WATER SUPPLY CORPORATION, B.J. Simpson, Charles M. Kilbourn, Thomas F. Schmitt, Maria Hopper, Gloria Science, Santos Castillo, Ben Cowan, and Henry Lipe, currently elected and/or appointed Members of the Board of Directors of the EAST RIO HONDO WATER SUPPLY CORPORATION, | § | |
| Defendants. | § | |

## NOTICE OF APPEAL

Notice is hereby given that the CITY OF COMBS, TEXAS, *et al.*, Plaintiffs, in this cause, appeal to the United Stated Supreme Court from the Final Judgment and Order of the Three-Judge District Court in this cause. The Order and Final Judgment appealed was signed and entered on February 3, 2003, granting Defendants summary judgment on Plaintiffs' Section 5 of the Voting Rights Act, 42 U.S.C. § 1973c cause of action.

DATED: February 27, 2003

Respectfully Submitted.

By: _____
Jose Garza
SBN: 07731950
FBN: 1959
The Law Office of Jose Garza
1913 Fordham

McAllen, Texas 78504
(956) 343-0157

Rolando L. Rios
SBN: 16935900
FBN: 14370
Law Office of Rolando L. Rios
115 E. Travis, Suite 1645
San Antonio, Texas 78205
Ph   (210) 222-2102
Fax  (210) 222-2898

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was forwarded via first class mail and/or fax on this 27th day of February 2003 to the following:

By: _____
    Jose Garza

J. W. Dyer
Dyer & Associates
3700 N. 10th Street, Suite 105
McAllen, Texas 78501

McAllen, Texas 78504
(956) 343-0157

Rolando L. Rios
SBN: 16935900
FBN: 14370
Law Office of Rolando L. Rios
115 E. Travis, Suite 1645
San Antonio, Texas 78205
Ph   (210) 222-2102
Fax  (210) 222-2898

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Appeal was forwarded via first class mail and/or fax on this 27th day of February 2003 to the following:

By: _____
Jose Garza

J. W. Dyer
Dyer & Associates
3700 N. 10th Street, Suite 105
McAllen, Texas 78501