IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 1 0 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF COMBS, TEXAS, Olga Montes, Individually and in her Capacity as Alderman for the City of Combes, Texas, Antonio Hernandez and Marian Hernandez, | § § § § § | |
| Plaintiffs | § § § | |
| v. | § § | CIV. ACT. NO. B-02-169 |
| EAST RIO HONDO WATER SUPPLY CORPORATION, B.J. Simpson, Charles M. Kilbourn, Thomas F. Schmitt, Maria Hopper, Gloria Science, Santos Castillo, Ben Cowan, and Henry Lipe, currently elected and/or appointed Members of the Board of Directors of the EAST RIO HONDO WATER SUPPLY CORPORATION, | § § § § § § § § § | |
| Defendants. | § | |

## PARTIES' SUBMISSION OF SCHEDULING ORDER

Pursuant to this Court's direction the parties submit the attached proposed scheduling order for the court's consideration. The proposed scheduling order, attached hereto, has been reviewed and approved by the parties.

DATED: March 10, 2003

Respectfully submitted,

_____
Jose Garza
SBN: 07731950
FBN: 1959
The Law Office of Jose Garza
1913 Fordham
McAllen, Texas 78504
Ph   (956) 343-0157

Rolando L. Rios
SBN: 16935900
FBN: 14370

>Law Office of Rolando L. Rios
>115 E. Travis, Suite 1645
>San Antonio, Texas 78205
>Ph     (210) 222-2102
>Fax    (210) 222-2898
>
>Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Parties Submission of Scheduling Order was forwarded via first class mail and/or fax on this ___10th___ day of March 2003 to the following:

By: _____
    Jose Garza

J. W. Dyer
Dyer & Associates
3700 N. 10th Street, Suite 105
McAllen, Texas 78501

# ATTACHMENT NO. 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF COMBS, TEXAS, Olga Montes, Individually and in her Capacity as Alderman for the City of Combes, Texas, Antonio Hernandez and Marian Hernandez, § § § § § | | |
| Plaintiffs § | | |
| v. § | | CIV. ACT. NO. B-02-169 |
| § | | |
| EAST RIO HONDO WATER SUPPLY CORPORATION, B.J. Simpson, Charles M. Kilbourn, Thomas F. Schmitt, Maria Hopper, Gloria Science, Santos Castillo, Ben Cowan, and Henry Lipe, currently elected and/or appointed Members of the Board of Directors of the EAST RIO HONDO WATER SUPPLY CORPORATION, § § § § § § § § § § | | |
| Defendants. § | | |

## SCHEDULING ORDER

The following schedule will control the disposition of this case.

1. July 31, 2003      **ALL DISCOVERY** must be completed by this date.

2. August 22, 2003    **JOINDER OF ALL PARTIES** will be accomplished by this date. Counsel responsible for such joinder will delever a copy of this Scheduling Order to all newly joined parties.

3. September 12, 2003 **DISPOSITIVE MOTION DEADLINE.** All dispositive motions must be filed by this date.

4. October 10, 2003   **JOINT PRETRIAL ORDER** shall be filed by this date by counsel in the format prescribed in the Local Rules of the Southern District of Texas.

5. October 30, 2003   **A PRETRIAL CONFERENCE** is set on this date at 10:00 a.m. in Brownsville, Texas.

  6. October 31, 2003   **JURY SELECTIION AND TRIAL** is set for this date.

Counsel for all parties must attend the pretrial conference unless the court has granted a written motion to reschedule the pretrial conference. Failure to timely file the joint pretrial order may result in the imposition of sanctions pursuant to Fed. R. Civ. P. 16(f), including dismissal or default judgment as appropriate. Any motion presented for filing which is not in compliance with Local Rule 7.1 will be stricken from the record. In particular, counsel are reminded that motions certify that counsel have conferred and cannot agree. Counsel must notify the court immediately should the case be settled and submit an appropriate joint motion and dismissal order.

### Notice to the Parties

The clerk shall send a copy to this Order to the counsel of record for the parties to this action.

ORDERED this _____ day of March, 2003.

_____
UNITED STATES DISTRICT JUDGE

Submitted and agreed to by:

Rolando L. Rios, Attorney in charge for Plaintiffs; and
J. W. Dyer, Attorney in charge for Defendants.