United States District Court
Southern District of Texas
FILED

MAR 1 4 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF COMBES, TEXAS, ET AL, | § | |
| **Plaintiffs** | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-02-169 |
| EAST RIO HONDO WATER SUPPLY | § | **(Three Judge District Court)** |
| CORP., ET AL, | § | |
| **Defendants** | § | |
| | § | |

## DEFENDANTS' OPPOSED MOTION FOR ATTORNEY'S FEES

Defendants ask the court to award attorney's fees and other related nontaxable expenses, as authorized by Federal Rule of Civil Procedure 54(d)(2)(B).

### A.  Introduction

1.    Plaintiffs are City of Combes, Texas, Olga Montes, Individually and in her capacity as Alderman for the City of Combes, Texas, Antonio Hernandez and Marian Hernandez.

2.    Defendants are East Rio Hondo Water Supply Corporation, B.J. Simpson, Charles M. Kilbourn, Thomas F. Schmitt, Maria Hopper, Santos Castillo, Ben Cowan and Henry Lipe, Currently Elected and/or Appointed Members of the Board of Directors of the East Rio Hondo Water Supply Corporation.

3.    Plaintiffs sued Defendants for declaratory judgment, injunctive relief and damages arising from alleged violations of Sections 2 & 5 of the Voting Rights Act and the 14th, 15th and 19th Amendments.  Plaintiffs' action against Defendants under Section 5 was severed and tried summarily by the three-judge district court.

1.    The three-judge district court granted judgment as a matter of law in favor of defendants regarding Plaintiffs' cause of action brought pursuant to Section 5 of the Voting Rights Act of 1965 and the clerk entered the judgment on February 4, 2003.

### B.  Argument

2.    Defendants are entitled to an award of attorney's fees because Defendants are the prevailing party in an action brought under the Voting Rights Act Amendments of 1975. 42 U.S.C. § 19731 (e).

3.    Defendants seek $21,462.70 as the fair and reasonable amount of attorney's fees, $1,000.00 as reasonable and necessary attorney fees for time to be expended in the future at the trial court level, $20,000.00 to respond to an appeal to the 5th Circuit, and $30,000.00 to respond or make an appeal to the U.S. Court. In support of the requested fees, attached is the affidavit of J.W. Dyer, which is incorporated by reference as if copied herein for all purposes.

## C. Prayer

4.    Defendants are the prevailing party and Congress has authorized the award of attorney's fees to the prevailing party. For these reasons, Defendants ask the court to award attorney's fees as follows:

a.    Reasonable and necessary attorneys' fees for the time expended by Dyer & Associates in the amount of $21,462.70;

b.    Reasonable and necessary attorneys' fees for time to be expended in the future for completing legal action at the trial court level in the amount of $1,000.00;

c.    $20,000.00 to respond to an appeal made to the 5th Circuit including, if necessary, briefing oral arguments and responding or making motions for rehearing/reconsideration;

d.    $30,000.00 to respond to or make an appeal to the U.S. Supreme Court, if necessary, which would include making or responding to an application;

e.    And to other such relief to which they are entitled in law or in equity.

Respectfully submitted,

J.W. Dyer
State Bar No. 06316020
Dyer & Associates
3700 North Tenth Street, Suite 105
McAllen, Texas 78501
Phone: (956) 686-6606
Fax:    (956) 686-6601

**ATTORNEY IN CHARGE FOR DEFENDANT EAST RIO HONDO WATER SUPPLY CORPORATION**

-2-

## CERTIFICATE OF CONFERENCE

I certify that on March 6, 2003, I conferred with Rolando Rios and he opposes Defendants' Motion for Attorney Fees.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Defendants' Opposed Motion for Attorney's Fees** has been forwarded to the following counsel of record on this the ⏦ day of March, 2003 as follows:

*Via CMRRR 7002 1000 0004 8558 3269*
Mr. Michael Milby
U.S. District Clerk
Brownsville Division
600 E. Harrison St.
Brownsville, Texas 78520-7114

*Via CMRRR No. 7002 1000 0004 8558 3047*
Mr. Rolando Rios
The Law Office of Rolando Rios
The Milam Building
115 E. Travis, Ste. 1645
San Antonio, Texas 78205

J. W. Dyer

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| CITY OF COMBES, TEXAS, ET AL | § | |
|     Plaintiffs | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. B-02-169 |
| | § | (Three-Judge District Court) |
| EAST RIO HONDO WATER SUPPLY | § | |
| CORPORATION, ET AL, | § | |
|     Defendants | § | |

**BUSINESS RECORD AFFIDAVIT AND**
**AFFIDAVIT OF J.W. DYER IN SUPPORT OF**
**REQUEST FOR ATTORNEY'S FEES**

**THE STATE OF TEXAS** §

**COUNTY OF HIDALGO** §

    BEFORE ME, the undersigned authority, on this date personally appeared J. W. Dyer who, on oath after being duly sworn, deposes and states as follows:

1.    "My name is J. W. Dyer. I am over the age of twenty-one (21) years and of sound mind and am fully competent, duly authorized, empowered and qualified to make this Affidavit on behalf of Defendant, East Rio Hondo Water Supply Corporation, which I make of my own personal knowledge. Each of the facts stated herein are true and correct. Attached to this affidavit are _8_ pages of records that provide an itemized statement of the service and the charge for the service that Dyer & Associates provided to East Rio Hondo Water Supply Corporation. The attached records are a part of this affidavit and are kept by me in the regular course of business. It was in the regular course of business of Dyer & Associates for an employee or representative of Dyer & Associates who had personal knowledge of the information in the records to make the records or to transmit the information to be included in such records. The records were made at or near the time or reasonably

soon after the time that the service was provided. The records attached hereto are the originals or exact duplicates of the originals.

2.      "I am, and have been since approximately May 1987, duly licensed to practice law in the courts of the State of Texas. I operate my law offices under the name of Dyer & Associates, located at 3700 North 10th Street, Suite 105, McAllen, Texas 78501.

3.      "Dyer & Associates was retained by Defendant, East Rio Hondo Water Supply Corporation (*"ERHWSC"*), to defend the above-described and numbered civil action. East Rio Hondo Water Supply Corporation has agreed to pay a reasonable fee for my services.

4.      "My associates and I have diligently prepared and defended the claims in this cause, including the reasonable and necessary preparation of all motions, briefs and documents in connection with this action, including but not limited to this Business Records Affidavit and Attorneys' Fee Affidavit.

5.      "I am familiar with the type of work involved in pursuing to Judgment claims of the type involved in this case. I have been involved in similar work for other clients prior to and since operating my law practice. I am familiar with the amount and extent of work that is required, and I know what is and what is not necessary. Work which has been performed in connection with this matter has been reasonable and necessary. I am familiar with the fees customarily charged in cases of this nature by practicing attorneys in McAllen, Hidalgo County, Texas. A reasonable and necessary attorneys' fee for the time expended by Dyer & Associates in this matter is $21,462.70.

6.      "A reasonable and necessary attorneys' fees for time to be expended in the future for

        •       completing legal action necessary at the trial court level including motions for judgments and motions for rehearing, if any, is $1000.00;

        •       responding to an appeal made to the 5th Circuit including, if necessary, briefing oral

arguments and responding or making motions for rehearing/reconsideration is $20,000.00; and

•    responding to or making an appeal to the U. S. Supreme Court, if necessary, which would include making or responding to an application, briefing and oral arguments, as well as motions for rehearing/reconsideration is $30,000.00".

FURTHER, AFFIANT SAYETH NOT.



J. W. Dyer

SWORN and SUBSCRIBED TO BEFORE ME on this _10ᵗʰ_ day of March, 2003, to certify which witness my hand and official seal.

KAREN BABINEAUX
MY COMMISSION EXPIRES
October 30, 2005

Notary Public, State of Texas

KAREN BABINEAUX
Printed Name

mtc:mon#10:jwdaff

DYER & ASSOCIATES
A Law Firm
3700 N. Tenth St., Suite 105
McAllen, TX 78501


Invoice submitted to:
Brian Macmanus
EAST RIO HONDO WATER SUPPLY
CORP.
P. O. Box 621
Rio Hondo TX 78583-0621


March 07, 2003
In Reference To: D143/009 - City of Combes - Lawsuit regarding Voting Rights
                 Violation



Professional Services

|  |  | Hours |
|---|---|---|
| 1/2/02 | Review order appointing Three Judge Panel | 0.25 |
| 9/4/02 | Review correspondence regarding resolution. | 0.25 |
| 9/13/02 | Review original complaint; multiple telephone conferences with R. Rios and J. Garza, counsel for City of Combes; telephone conference with B. Macmanus and office conference regarding letter to Rios. | 1.60 |
| 9/16/02 | Edit letter to R. Rios. | 0.50 |
| 9/20/02 | Office conf. with J. Dyer regarding litigation; water rights contract dispute; federal lawsuit; review file. | 2.00 |
| 9/23/02 | Telephone conf. with K. Petersen regarding issues raised and availability to have TRWA Support response; review letter and request for three judge panel; finalize letter regarding requesting assistance from TRWA. | 1.00 |
|  | Research Voting Rights Act; review federal lawsuit; office conference regarding research political subdivision issues; review correspondence from opposing counsel; research authorities cited. | 5.50 |
|  | Draft letter to K. Peterson enclosing documents for review and comment. | 0.50 |
| 9/30/02 | Review letter from attorney representing plaintiff; send copy of same to B. Mamanus. | 0.20 |
| 10/1/02 | Prepare letter to B. Macmanus and K. Peterson regarding Request for Three Judge Panel. | 0.75 |
| 10/2/02 | Research Federal Rules regarding Answering Complaint. | 1.50 |
| 10/4/02 | Telephone conf. with B. Macmanus regarding assistance from TRWA and issues related to contract with City. | 0.80 |
| 10/8/02 | Telephone conf. with A. Stephenson at TCEQ; office conference regarding answer and counterclaim. | 0.30 |
| 10/9/02 | Telephone conf. with B. Macmanus regarding  conversation with Mayor of Combes. | 0.50 |
|  | Draft correspondence to opposing counsel's complaint. | 0.75 |

Brian Macmanus                                                                                      Page    2

|  | | Hours |
|---|---|---|
| 10/11/02 | Review e-mails regarding voting rights. | 0.20 |
| | Continue research of Federal Rules regarding answer; review complaint; research Voting Rights Act; begin drafting answer. | 3.75 |
| 10/14/02 | Continue Draft of Answer. | 3.00 |
| 10/21/02 | Research Federal Rules; draft Counter Claim; continue Draft Answer. | 8.00 |
| 10/22/02 | Office conf. regarding pleadings; continue drafting Answer and Counter Claim; review and edit Answer and Counter Claim; review federal statutes regarding Voting Rights Act. | 5.50 |
| | Telephone conf. with B. J. Combes and Irma; Supplement Answer and Counterclaim; edit answer. | 1.30 |
| 10/23/02 | Final revisions and edit to Answer; research Local Rules; review Local Rules. | 3.00 |
| | Office conf. regarding steps to be taken in finalizing and filing Motion for Partial Summary Judgment. | 0.50 |
| 10/24/02 | Office conf. regarding answer; finalize same. | 0.40 |
| 11/4/02 | Telephone conf. with B. Macmanus regarding status. | 0.25 |
| 11/12/02 | Telephone conf. with B. Macmanus regarding demand to Harlingen dealing with meter connection; office conference regarding potential injunction and pursuing resolution of voting rights litigation. | 0.40 |
| 11/14/02 | Research state and federal case law regarding definitions of government entity. | 1.50 |
| | Office conf. regarding injuctive relief brought by Combs; review file. | 0.75 |
| | Telephone conf. with Mr. Garza at R. Rios' office and office conference regarding responding to Preliminary Injunction. | 0.20 |
| 11/15/02 | Research statutes referenced in Combs, complaint; research Code of Federal Regulations regarding Voting Rights Act. | 4.25 |
| 11/20/02 | Draft Disclosures of Interested Persons; draft Initial Disclosures. | 2.00 |
| 11/21/02 | Office conf. regarding drafting discovery plan; finalize initial disclosures and statement of interested persons; review letter regarding removal of meter. | 0.60 |
| | Continue draft Initial Disclosures and Disclosures of Interested Persons; office conference with C. Eubanks regarding a declaratory judgment. | 2.50 |
| | Office conf. regarding Fed voting rights matter; gathered material. | 0.40 |
| 11/22/02 | Telephone conf. with B. Macmanus regarding removal of meter. | 0.20 |
| | Research on the Voting Rights issue for. | 1.00 |
| 11/25/02 | Edit proposed Joint Case Management and Discovery Plan. | 0.20 |
| | Finalize draft of Joint Discovery Plan. | 2.50 |
| 11/26/02 | Finalize initial disclosure. | 0.20 |
| | Finalize draft of Initial Disclosures. | 1.00 |
| 12/4/02 | Prepare for and attend pre trial hearing; review Plaintiff's Motion for Preliminary Injunction and Supporting Memorandum; telephone call to K. Peterson at TRWA regarding Plaintiff's Motion for Preliminary Injunction. | 3.75 |
| 12/5/02 | Research Voting Rights Act. | 2.50 |
| | Personal conf. regarding; research at court house on authorities cited in plaintiff's motion for preliminary Injuction. | 0.15 |
| 12/6/02 | Office conf. regarding responding to opposing counsel in Federal Court Case. | 0.30 |
| | Research caselaw concerning "political subdivisions" as it relates to water supply corporations. | 1.20 |
| | Conf. with B. MacManus regarding; new suit filed in Cameron County. | 0.15 |
| 12/10/02 | Review e-mail from K. Peterson regarding; water supply corp. as political subdivision. | 0.15 |

Brian Macmanus                                                                                          Page      3

| | | Hours |
|---|---|---:|
| 12/10/02 | Review e-mail from K. Peterson regarding; water supply corp. as political subdivision. | 0.15 |
| 12/11/02 | Conf. regarding with B. McManus regarding; election issues. | 0.15 |
| 12/13/02 | Continue research on voting rights act. | 2.15 |
| 12/16/02 | Draft memorandum in opposition to plaintiffs application to convene three judges court; continue review of cases regarding; voting rights act; definition of political subdivision; powers of three judge court and instances where three judge court not appropriate. | 7.45 |
| 12/17/02 | Telephone conf. with with K. Peterson regarding; legal briefing on political subdivision issue; review fax and attorney general opinions forwarded by K. Peterson;continue draft of memorandum in opposition to plaintiffs application to convene three judge panel; review cases regarding; tax exemption and open records act issues; review ERHWSC's bylaws and tariff; review administrative code provisions applicable to membership fees and question of ERHWSC; review statutes regarding; water development board financing and statutory conservation; review order of court convening three judge court. | 8.15 |
| 12/18/02 | Draft response to application for preliminary injunction; draft affidavit of B. McManus; t/c with B. McManus regarding; finalizing content of affidavit for use in motion to reconsider order; review motion to reconsider order; draft order for courts consideration; revise letter to court; conf. regarding; courier filing of motion to reconsider; revise affidavit of B. McManus;conf. with JWD regarding; briefing in memorandum and revisions to motion to reconsider and affidavit of B. McManus. | 6.15 |
| | Office conf. regarding Motion and Response to Request to have a 3 Judge Panel and Motion to Dismiss; review affidavit regarding same; edit Motion; office conference regarding same. | 1.00 |
| 12/20/02 | Office conf. regarding response and brief on 3 Judge Panel; review brief in response to request for injunction; office conference regarding same; telephone conference with B. Yudesis regarding state court action; telephone conference with B. Macmanus regarding interview with newspaper. | 0.90 |
| 12/31/02 | Review order on 3 Judge  Panel. | 0.20 |
| 1/16/03 | Research regarding Voting Rights Act; review case law regarding Voting Rights Act. | 2.50 |
| 1/20/03 | Review order from court mandating filing statement of material facts; Review file for purpose of drafting statement of material facts; Draft and review statement of sgreed and disputed material facts. | 5.25 |
| 1/21/03 | Review and revise agreed material facts and disputed material facts; Revise motion for summery judgement; Review letter to R. Rios regarding draft of agreed material facts and disputed material facts. | 4.25 |
| 1/22/03 | Office conf. regarding stipulations as to agreed and contested issues; edit proposed Statement of Agreed Facts and Disputed Facts; review and office conference regarding applicable laws and proposed Agreed Statement of Facts. | 1.70 |
| | Office conference with J. Dyer regarding agreed and disputed facts; Telephone conference with plaintiffs counsel regarding draft of agreed and disputed facts, review draft of agreed and disputed facts proposed by plaintiff's counsel. | 2.75 |
| 1/23/03 | Review and analyze case law regarding Voting Rights. | 3.00 |
| | Edit Statement of Facts. | 0.75 |

Brian Macmanus                                                                                    Page        4

|  |  | Hours |
|---|---|---|
| 1/23/03 | Numerous conference's with plaintiff;s counsel regarding revisions to agreed and disputed facts; Review open meeting's and open records act definitions; Review and send e-mails to plaintiff's counsel regarding revisions to agreed and disputed facts; Telephone conference with B. Mcmanus regarding agreed and disputed facts; Telephone conference with Irma at ERHWSC regarding ststus of plaintiff's as members; Review recomended bylaws by FmHA. | 4.75 |
| 1/24/03 | Office conf. regarding filing of sgreed facts with Court. | 0.25 |
|  | Review e-maila regarding stipulated facts. | 0.30 |
| 1/27/03 | Office conf. regarding preparing Motion to Dismiss. | 1.00 |
|  | Review Court's order regarding briefing;  Office conference regarding briefing on Motion for Summary Judgment. | 1.50 |
| 1/28/03 | Review plaintiff;s Pre trial Memorandum; Conference regarding briefing schedule; Review fax from B. Macmanus; Conference regarding obtaining legible copy of fax. | 0.75 |
|  | Review pleadings, orders, motion for summary judgment in developing outline for presentation of argument in motion to dismiss. | 3.00 |
| 1/29/03 | Office conference; review summary judgment evidence; telephone conferences; conduct research on issues regarding "standing" and "color of state". | 8.00 |
|  | Office conf. regarding briefing required by court on constitutional claims and section 2 claims. | 0.60 |
| 1/30/03 | Meeting with M.Ball to discuss briefing issues. | 0.25 |
|  | Rearch regarding Fourteenth, Fifteenth and Nineteenth Amendment equal protection. | 8.00 |
| 1/31/03 | Continue research regarding "governmental entity" in contrast to private entity without statutory authority for creation (governmental/public vs. private entity). | 8.00 |
|  | Telephone conf. with M.Ball regarding no abatement of case as requested by plaintiff's counsel. | 0.25 |
| 2/2/03 | Draft motoin to dismiss; continue research to support argument. | 8.00 |
|  | Research regarding applicable tests to apply in discrimination case and injunctive relief. | 8.00 |
| 2/3/03 | Revise motion to dismiss and draft affidavit. | 8.00 |
| 2/4/03 | Telephone conferences regarding  motion to dismiss; finalize motion to dismiss. | 4.00 |
| 2/6/03 | Office conf. regarding Motion for Continuance; telephone conference with R. Rios regarding same; prepare Motion for Continuance with Order Granting same; telephone conference with PDQ to deliver same to Court. | 2.00 |
| 2/7/03 | Telephone conf. with U. S. Clerk's office; telephone conference with Irma at USDC regarding Motion for Continuance; draft letter to R. Rios advising of continuance of status conference. | 0.50 |
| 2/8/03 | Review plaintiff's memorandum in Response to Court's Order. | 0.25 |
| 2/11/03 | Review Memorandum Opinion of Three Judge Court on Subsection 5 Voting Rights act claim. | 0.50 |
| 2/14/03 | Review opinions. | 0.30 |
| 2/20/03 | Telephone conf. with B. Macmanus regarding status of case and options. | 0.40 |
| 2/21/03 | Travel to and attend status conference; office conference regarding working out settlement and regarding Court's Order on steps to take. | 4.40 |
| 2/25/03 | Office conf. regarding research. | 0.25 |
|  | Office conf. regarding research of recovery and attorneys fees; office regarding position and possible appeal. | 0.40 |

Brian Macmanus

Page    5

|  |  | Hours |  |
|---|---|---|---|
| 2/26/03 | Telephone conf. with J. Garza regarding settlement; office conference regarding coordinating same; telephone conference with B. Macmanus; review rule 11 regarding agreement to dismiss. | 1.00 | |
| 2/28/03 | Research law and statutes regarding recovery of fees and expenses | 2.50 | |

|  |  |  | Amount |
|---|---|---|---|
| | For professional services rendered | 191.85 | $31,626.75 |

Additional Charges :

|  |  | Price |  |
|---|---|---|---|
| 9/13/02 | Long distance charges | 0.35 | 0.35 |
| | Long distance charges | 0.35 | 0.35 |
| | Long distance charges | 0.35 | 0.35 |
| | Long distance charges | 0.70 | 0.70 |
| | Long distance charges | 2.10 | 2.10 |
| 9/17/02 | Postage | 0.44 | 0.44 |
| | Copies | 0.19 | 0.19 |
| | Fax | 1.00 | 1.00 |
| | Fax | 1.00 | 1.00 |
| 9/18/02 | Fax | 0.81 | 0.81 |
| | Fax | 0.81 | 0.81 |
| 9/23/02 | Copies | 2.47 | 2.47 |
| | Fax | 1.35 | 1.35 |
| | Postage | 0.44 | 0.44 |
| | Copies | 0.19 | 0.19 |
| | Copies | 2.09 | 2.09 |
| | Fax | 3.00 | 3.00 |
| 9/24/02 | Postage | 6.18 | 6.18 |
| 10/1/02 | Copies | 2.09 | 2.09 |
| | Postage | 1.32 | 1.32 |
| 10/9/02 | Long distance charges | 0.35 | 0.35 |
| | Long distance charges | 0.35 | 0.35 |
| | Long distance charges | 0.70 | 0.70 |
| 10/10/02 | Fax | 1.00 | 1.00 |
| 10/22/02 | Long distance charges | 0.35 | 0.35 |
| | Long distance charges | 2.10 | 2.10 |
| | Long distance charges | 0.70 | 0.70 |
| | Long distance charges | 0.35 | 0.35 |
| | Long distance charges | 0.35 | 0.35 |
| | Long distance charges | 0.35 | 0.35 |
| | Long distance charges | 0.35 | 0.35 |
| 10/23/02 | Postage | 5.81 | 5.81 |
| | Postage | 7.26 | 7.26 |
| 10/24/02 | Copies | 5.70 | 5.70 |
| | Long distance charges | 0.35 | 0.35 |
| 11/1/02 | Long distance charges | 1.05 | 1.05 |

Brian Macmanus                                                                    Page      6

|          |                        | Price  | Amount |
|----------|------------------------|--------|--------|
| 11/6/02  | Fax                    | 2.43   | 2.43   |
| 11/14/02 | Long distance charges  | 0.70   | 0.70   |
| 11/19/02 | Long distance charges  | 2.10   | 2.10   |
| 11/20/02 | Copies                 | 0.19   | 0.19   |
| 11/21/02 | Postage                | 11.57  | 11.57  |
|          | Copies                 | 2.66   | 2.66   |
|          | Long distance charges  | 0.35   | 0.35   |
|          | Long distance charges  | 0.35   | 0.35   |
|          | Fax                    | 0.54   | 0.54   |
|          | Fax                    | 3.50   | 3.50   |
|          | Long distance charges  | 1.75   | 1.75   |
| 11/22/02 | Long distance charges  | 9.45   | 9.45   |
|          | Long distance charges  | 0.35   | 0.35   |
| 11/25/02 | Long distance charges  | 0.35   | 0.35   |
| 11/26/02 | Copies                 | 4.56   | 4.56   |
|          | Postage                | 6.30   | 6.30   |
| 12/4/02  | Travel expense         | 0.37   | 0.37   |
|          | Copies                 | 3.80   | 3.80   |
|          | Copies                 | 2.28   | 2.28   |
|          | Long distance charges  | 0.35   | 0.35   |
|          | Fax                    | 5.50   | 5.50   |
| 12/5/02  | Copies                 | 1.90   | 1.90   |
|          | Fax                    | 5.50   | 5.50   |
| 12/16/02 | Copies                 | 1.90   | 1.90   |
|          | Copies                 | 0.76   | 0.76   |
|          | Postage                | 11.53  | 11.53  |
|          | Fax                    | 1.08   | 1.08   |
| 12/17/02 | Fax                    | 2.50   | 2.50   |
|          | Fax                    | 1.62   | 1.62   |
| 12/18/02 | Fax                    | 3.50   | 3.50   |
|          | Fax                    | 3.50   | 3.50   |
|          | Copies                 | 63.08  | 63.08  |
|          | Copies                 | 16.72  | 16.72  |
|          | Copies                 | 0.19   | 0.19   |
|          | Postage                | 9.12   | 9.12   |
| 12/20/02 | Postage                | 20.16  | 20.16  |
|          | Postage                | 20.16  | 20.16  |
|          | Copies                 | 66.31  | 66.31  |
|          | Copies                 | 13.49  | 13.49  |
| 12/23/02 | Copies                 | 0.57   | 0.57   |
|          | Fax                    | 0.81   | 0.81   |
|          | Fax                    | 1.35   | 1.35   |
| 12/27/02 | Fax                    | 1.00   | 1.00   |
| 1/3/03   | Copies                 | 22.23  | 22.23  |
| 1/5/03   | Copies                 | 1.52   | 1.52   |
| 1/6/03   | Postage                | 16.79  | 16.79  |
| 1/9/03   | Fax                    | 0.80   | 0.80   |
|          | Postage                | 0.44   | 0.44   |

Brian Macmanus                                                          Page   7

|          |                       | Price  | Amount     |
|----------|-----------------------|--------|------------|
| 1/10/03  | Copies                | 0.19   | 0.19       |
|          | Fax                   | 1.08   | 1.08       |
| 1/14/03  | Fax                   | 2.43   | 2.43       |
| 1/15/03  | Copies                | 3.80   | 3.80       |
| 1/16/03  | Fax                   | 0.81   | 0.81       |
| 1/20/03  | Long distance charges | 2.10   | 2.10       |
| 1/21/03  | Fax                   | 5.50   | 5.50       |
|          | Long distance charges | 0.70   | 0.70       |
| 1/22/03  | Long distance charges | 0.70   | 0.70       |
|          | Long distance charges | 0.35   | 0.35       |
|          | Long distance charges | 1.05   | 1.05       |
|          | Long distance charges | 2.45   | 2.45       |
|          | Long distance charges | 0.70   | 0.70       |
|          | Fax                   | 0.54   | 0.54       |
|          | Copies                | 1.90   | 1.90       |
|          | Fax                   | 4.40   | 4.40       |
| 1/23/03  | Copies                | 0.00   | NO CHARGE  |
|          | Copies                | 56.24  | 56.24      |
|          | Postage               | 9.06   | 9.06       |
|          | Long distance charges | 3.15   | 3.15       |
|          | Long distance charges | 1.40   | 1.40       |
|          | Copies                | 19.95  | 19.95      |
|          | Long distance charges | 8.75   | 8.75       |
|          | Long distance charges | 1.75   | 1.75       |
|          | Copies                | 56.24  | 56.24      |
| 1/24/03  | Long distance charges | 7.35   | 7.35       |
| 1/27/03  | Fax                   | 1.08   | 1.08       |
|          | Fax                   | 1.08   | 1.08       |
|          | Fax                   | 0.81   | 0.81       |
| 1/28/03  | Fax                   | 2.40   | 2.40       |
|          | Long distance charges | 1.05   | 1.05       |
|          |                       | 0.57   | 0.57       |
|          | Postage               | 0.44   | 0.44       |
| 1/29/03  | Fax                   | 2.16   | 2.16       |
|          |                       | 3.80   | 3.80       |
|          | Long distance charges | 1.40   | 1.40       |
|          | Long distance charges | 3.85   | 3.85       |
| 1/31/03  | Copies                | 1.14   | 1.14       |
| 2/3/03   | Copies                | 94.05  | 94.05      |
|          | Copies                | 12.92  | 12.92      |
|          | Fax                   | 1.08   | 1.08       |
| 2/4/03   | Long distance charges | 0.93   | 0.93       |
|          | Copies                | 7.98   | 7.98       |
|          | Copies                | 28.50  | 28.50      |
|          | Copies                | 10.64  | 10.64      |
|          | Copies                | 0.38   | 0.38       |
|          | Long distance charges | 0.70   | 0.70       |
|          | Fax                   | 2.80   | 2.80       |

Brian Macmanus                                                                                      Page    8

|          |                                                      | Price  | Amount |
|----------|------------------------------------------------------|--------|--------|
| 2/4/03   | Fax                                                  | 1.00   | 1.00   |
|          | Fax                                                  | 0.80   | 0.80   |
|          | Fax                                                  | 3.20   | 3.20   |
|          | Postage                                              | 9.66   | 9.66   |
| 2/5/03   | Long distance charges                                | 1.05   | 1.05   |
|          | Copies                                               | 0.19   | 0.19   |
|          | Copies                                               | 3.80   | 3.80   |
|          | Miscellaneous expense PDQ Delivery of documents.     | 50.16  | 50.16  |
| 2/6/03   | Travel expense                                       | 6.32   | 6.32   |
|          | Fax                                                  | 1.00   | 1.00   |
|          | Fax                                                  | 4.00   | 4.00   |
|          | Copies                                               | 5.32   | 5.32   |
|          | Fax                                                  | 0.54   | 0.54   |
| 2/7/03   | Long distance charges                                | 0.70   | 0.70   |
|          | Copies                                               | 0.19   | 0.19   |
| 2/10/03  | Long distance charges                                | 0.70   | 0.70   |
|          | Long distance charges                                | 0.35   | 0.35   |
| 2/11/03  | Long distance charges                                | 1.40   | 1.40   |
|          | Long distance charges                                | 1.05   | 1.05   |
|          | Fax                                                  | 8.00   | 8.00   |
|          | Copies                                               | 3.04   | 3.04   |
|          | Fax                                                  | 8.00   | 8.00   |
| 2/18/03  | Miscellaneous expense -PDQ Delivery of documents.    | 25.08  | 25.08  |
|          | Long distance charges                                | 2.45   | 2.45   |
| 2/20/03  | Long distance charges                                | 1.05   | 1.05   |

|          | Total costs |  | $913.73 |
|----------|-------------|--|---------|

| Date     | Description                                   | Invoice No. | Amount        |
|----------|-----------------------------------------------|-------------|---------------|
| 10/3/02  | Invoice No. 25118                             | 25118       | $1,922.57     |
| 10/21/02 | Payment - thank you                           |             | ($1,922.57)   |
| 10/31/02 | Courtesy discount as per J.W.                 |             | ($2,000.00)   |
| 11/5/02  | Invoice No. 25351                             | 25351       | $4,837.88     |
| 11/21/02 | Payment - thank you                           |             | ($2,837.88)   |
| 11/21/02 | Payment from retainer                         |             | ($65.49)      |
| 12/2/02  | Invoice No. 25426                             | 25426       | $2,941.88     |
| 12/19/02 | Payment - thank you. Check No. 3459           |             | ($2,876.39)   |
| 1/7/03   | Invoice No. 25634                             | 25634       | $6,326.05     |
| 1/21/03  | Payment - thank you. Check No. 3571           |             | ($6,326.05)   |
| 2/11/03  | Invoice No. 25812                             | 25812       | $5,434.32     |
| 2/27/03  | Payment - thank you. Check No. 3649           |             | ($5,434.32)   |
| 2/28/03  | Courtesy Discount                             |             | ($1,700.00)   |

|          | Total payments and adjustments |  | ($1,700.00) |
|----------|--------------------------------|--|-------------|