IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 1 2003

Michael N. Milby
Clerk of Court

| CITY OF COMBES, TEXAS, ET AL, | § | |
| Plaintiffs | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. B-02-169 |
| EAST RIO HONDO WATER SUPPLY | § | (Three Judge District Court) |
| CORP., ET AL, | § | |
| Defendants | § | |

### DEFENDANTS' REPLY TO PLAINTIFFS' RESPONSE TO DEFENDANTS' OPPOSED MOTION FOR ATTORNEY'S FEES

TO THE HONORABLE JUDGES OF SAID COURT:

Defendants file this reply to Plaintiffs' Response to Defendants' Opposed Motion for Attorney's Fees and in further support of their request for an order granting the said motion for attorney's fees would show the court the following:

1.      Plaintiffs argue that Defendants are only entitled to recover attorney's fees in this matter as the prevailing party under a rigorous standard set out by the United States Supreme Court in *Christainsburg Garment Co. v. EEOC*, 434 U.S. 412 (1978). The Plaintiffs further attempt to support their position by citing unpublished opinions which do not have any precedential value. Plaintiffs' position is misguided and a gross misstatement of law. The *Christiansburg* case involved a racial discrimination suit under Title VII of the Civil Rights Act of 1964 and the Court was specifically addressing Section 706(k) of that Act as it relates to the award of attorney's fees. The standard adopted by the Court in determining whether attorney's fees should be awarded to the prevailing defendant was expressly limited to a Title VII case. *Christiansburg* at 421. Plaintiffs' argument also rely on *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974) which

is also not on point and involves a request for attorney's fees arising from a Title VII cause of action. This matter is not a Title VII civil rights action. This lawsuit was brought by the plaintiffs under Sections 2 & 5 of the Voting Rights Act of 1965 and the 14th, 15th and 19th Amendments. Accordingly, Plaintiffs' reliance on those cases is misplaced and their argument is flawed.

2. Furthermore, Defendants seek an award of attorney's fees as the prevailing party pursuant to 42 U.S.C. §1973l(e) under the Voting Rights Act Amendments of 1975, and not under Section 706(k) of the Civil Rights Act of 1964. The enabling statute for attorney's fees under the Voting Rights Act does not require a showing that Plaintiffs' claims were frivolous, unreasonable, or without foundation.

3. Defendants' motion is not procedurally defective under the local rules as argued by Plaintiffs. Local Rule 54.2 expressly states an application for attorney's fees be made within 14 days of a *final* judgment. Final judgment has not been entered in this cause. Plaintiffs' claim under Section 5 was heard by this three-judge district court and judgment was granted in Defendants' favor. However, the remaining claims arising under Section 2 of the Voting Rights Act and the 14th, 15th and 19th Amendments are currently pending under this cause number. The Plaintiffs have prematurely appealed the three-judge district court's order. The Order, issued by this three-judge district court, is interlocutory pending final resolution of the remaining claims in this cause.

4. Nonetheless, the affidavit of J.W. Dyer and billing records are attached to Defendants' motion and the Court may grant the motion without a hearing because Plaintiffs did not present any evidence to controvert the Defendants' motion.

Respectfully submitted,

_____
J. W. Dyer
State Bar No. 06316020
Dyer & Associates
3700 North Tenth Street, Suite 105
McAllen, Texas 78501
Phone: (956) 686-6606
Fax:    (956) 686-6601

**ATTORNEY IN CHARGE FOR DEFENDANT EAST RIO HONDO WATER SUPPLY CORPORATION**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **Defendants' Reply to Plaintiffs' Response to Defendants' Opposed Motion for Attorney's Fees** has been forwarded to the following counsel of record on this the 31st day of March, 2003 as follows:

*Via CMRRR **7002 1000 0004 8558 4440***
Mr. Michael Milby
U.S. District Clerk
Brownsville Division
600 E. Harrison St.
Brownsville, Texas 78520-7114

*Via CMRRR No. 7002 1000 0004 8558 4433*
Mr. Rolando Rios
The Law Office of Rolando Rios
The Milam Building
115 E. Travis, Ste. 1645
San Antonio, Texas 78205

_____
J. W. Dyer