IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
—BROWNSVILLE DIVISION—

United States District Court
Southern District of Texas
ENTERED
APR 29 2003
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CITY OF COMBES, TEXAS, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-02-169 |
| | § | (Three-Judge District Court) |
| EAST RIO HONDO WATER SUPPLY | § | |
| CORP. ET AL. | § | |

### RULE 54(b) ENTRY OF JUDGMENT

On February 4, 2003, this three-judge District Court resolved Plaintiffs' claim under Section 5 of the Voting Rights Act of 1965 in favor of Defendants by way of summary judgment. See Docket No. 20 (grant of summary judgment); see also Docket No. 26 (memorandum opinion explaining basis for summary judgment). Prior to the entry of summary judgment on Plaintiffs' Section 5 claim, the Court severed and remanded all other claims to the attention of the originating judge in this matter. See Docket No. 15. As any appeal of the Section 5 claim must be had in the United States Supreme Court while any appeal of the remaining issues must be had in the Fifth Circuit Court of Appeals, the Court hereby finds that there is "no just reason for delay" of entry of judgment on Plaintiffs' Section 5 claim. FED. R. CIV. P. 54(b). Accordingly, the Clerk is expressly directed to enter judgment thereon in favor of the Defendants.

Signed in Brownsville, Texas, this 22nd day of April, 2003.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
Signing on behalf of all members of
the three-judge District Court