SUPREME COURT OF THE UNITED STATES
OFFICE OF THE CLERK
WASHINGTON, D. C. 20543

June 27, 2003

United States Courts
Southern District of Texas
FILED

JUL 0 7 2003

Michael N. Milby, Clerk

Clerk
United States District Court for the
 Southern District of Texas
Post Office Box 61010
Houston, TX 77208

MAIL

United States District Court
Southern District of Texas

JUL 1 7 2003

Michael N. Milby
Clerk of Court

Re: City of Combes, Texas, et al.
    v. East Rio Hondo Water Supply Corporation, et al.
    No. 02-1577
    (Your No. B-02-169)

Dear Clerk:

The Court today entered the following order in the above entitled case:

The judgment is affirmed.

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45. Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*William K. Suter*

William K. Suter, Clerk