# Supreme Court of the United States

United States District Court
Southern District of Texas
FILED

No.          02-1577

AUG 0 7 2003

Michael N. Milby
Clerk of Court

## CITY OF COMBES, TEXAS ET AL.,

Appellants

v.

## EAST RIO HONDO WATER SUPPLY CORPORATION, ET AL.

**ON APPEAL** from the United States District Court for the Southern District of Texas.

**THIS CAUSE** having been submitted on the statement as to jurisdiction and motion to affirm, and response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court in this cause is affirmed.

June 27, 2003

A True copy WILLIAM K. SUTER
Test:
Clerk of the Supreme Court of the United States
By _Cynth Rapp_
Deputy

# SUPREME COURT OF THE UNITED STATES
## OFFICE OF THE CLERK
### WASHINGTON, DC 20543-0001

MAIL
United States District Cour
Southern District of Texas
RECEIVED

AUG 0 7 2003

Michael N. Milby, Clerk

WILLIAM K. SUTER
CLERK OF THE COURT

July 28, 2003

AREA CODE 202
479-3011

Clerk
United States District Court
  for the Southern District of Texas
Post Office Box 61010
Houston, Texas   77208

United States Courts
Southern District of Texas
FILED

AUG 0 1 2003

Michael N. Milby, Clerk of Court

CD

Re:    City of Combes, Texas, et al.
       v. East Rio Hondo Water Supply Corporation, et al.
       No. 02-1577   (Your docket No. B-02-169)

Dear Clerk:

Enclosed is a certified copy of the judgment of this Court in the above-entitled
case.

Kindly acknowledge receipt on the attached copy of this letter.

Sincerely,

WILLIAM K. SUTER, Clerk

By

Elizabeth Brown
Judgments/Mandates Clerk

Enc.
cc:    Jose Garza, Esq.
       J. W. Dyer, Esq.
       Rolando L. Rios, Esq.