*40*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### NOTICE OF RE-SETTING

United States District Court
Southern District of Texas
**FILED**

**AUG 1 2 2003**

**Michael N. Milby
Clerk of Court**

| | | |
|---|---|---|
| CITY OF COMBS, TX | § § | |
| VS. | § § | CIVIL ACTION NO. B-02-169 |
| EAST RIO HONDO WATER SUPPLY CORPORATION, ET AL | § § | |

TYPE OF CASE:        __X__ CIVIL                                    ____ CRIMINAL

TAKE NOTICE that the proceeding in this case has been re-set as indicated below:

TYPE OF PROCEEDING: **DOCKET CALL and JURY SELECTION**

LOCAL RULE 2C SETS FORTH CERTAIN INFORMATION REQUIRED OF THOSE SIGNING PLEADINGS. PLEASE COMPLY WITH THIS RULE.

| PLACE: | ROOM NO.: |
|---|---|
| **UNITED STATES FEDERAL COURTHOUSE 600 E. HARRISON STREET BROWNSVILLE, TEXAS** | **THIRD FLOOR COURTROOM, #6** |

| DATE AND TIME PREVIOUSLY SCHEDULED: | RESET TO DATE AND TIME. |
|---|---|
| Docket Call set for 10/30/03 @ 1:30 pm | 10/28/03 @ 1:30 pm |
| Jury Selection set for 10/31/03 @ 9:00 am | 10/30/03 @ 9:00 am |

MICHAEL N. MILBY, CLERK

BY: *Irma A. Soto*
Irma A. Soto, Deputy Clerk

DATE: August 12, 2003

TO: ALL COUNSEL OF RECORD