41

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 1 5 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CITY OF COMBES, TEXAS, ET AL. | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-02-169 |
| | § | (Single-Judge District Court) |
| | § | |
| EAST RIO HONDO WATER SUPPLY | § | |
| CORP., ET AL. | § | |

## ORDER

On the 14th day of August, 2003, the Court considered "Plaintiff's Motion to Dismiss State-Law Counterclaim" and the response thereto, and the Court hereby considered both and hereby denies the Motion to Dismiss.

Done in Brownsville, Texas on this 14th day of August, 2003.

_____
Andrew S. Hanen
United States District Judge