IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 8 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CITY OF COMBES, TEXAS, OLGA MONTES, Individually and in her Capacity as Alderman for the City of Combes, Texas, ANTONIO HERNANDEZ and MARIAN HERNANDEZ, Plaintiffs | § § § § § § § § | |
| vs. | § § | CIVIL ACTION NO. B-02-169 |
| EAST RIO HONDO WATER SUPPLY CORPORATION, B. J. SIMPSON, CHARLES M. KILBOURN, THOMAS F. SCHMITT, MARIA HOPPER, GLORIA SCIENCE, SANTOS CASTILLO, BEN COWAN and HENRY LIPE, CURRENTLY ELECTED AND/OR APPOINTED MEMBERS OF THE BOARD OF DIRECTORS OF THE EAST RIO HONDO WATER SUPPLY CORPORATION, Defendants | § § § § § § § § § § § § § | |

**DEFENDANTS' RESPONSE IN OPPOSITION TO
PLAINTIFFS' MOTION TO DISMISS**

TO THE HONORABLE UNITED STATES DISTRICT JUDGE OF SAID COURT:

Comes now, EAST RIO HONDO WATER SUPPLY CORPORATION et. al. Defendants herein who files this their Response in Opposition to Plaintiffs' Motion to Dismiss and in opposition to the Motion would show the court as follows:

1. On October 25, 2002 Defendants filed Defendants Original Answer and Counterclaim in this case. This court has supplemental Jurisdiction over the counterclaim which requests declaratory judgment with respect to a contract between East Rio Hondo Eater Supply Corporation and City of

Combes as well as breach of contract damages. Federal Rule of Civil Procedure 41 (a) (2) provides that " if a counterclaim has been pleaded by a defendant prior to the service upon the defendant of the Plaintiff's Motion to Dismiss, the action shall not be dismissed against the Defendant's objection unless the counterclaim can remain pending for independent adjudication by the court."

2. Defendants' object to the dismissal of Plaintiffs' claims without prejudice. Defendants have expended significant resources in the defense of the Plaintiffs' baseless claims and Defendants seek a final adjudication that the Plaintiffs' remaining claims are without merit. Defendants' also object to the dismissal in that dismissal may jeopardize adjudication by this Court of its counterclaim. Defendants therefore request that all claims in this case proceed to trial and that all remaining claims between the parties be finally resolved.

3. For the foregoing reasons Plaintiffs' Motion to Dismiss should be **DENIED**.

Respectfully submitted,

J. W. Dyer, Attorney in Charge
State Bar No. 06316020
Federal I.D. No. 8644
Dyer & Associates
3700 N. 10th St., Ste. 105
McAllen, TX 78501
Telephone: (956) 686-6606
Telecopier: (956) 686-6601

**ATTORNEY FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing **Defendants' Response in Opposition to Plaintiffs' Motion to Dismiss** has been served on the _17_ day of September, 2003, to the following parties in the manner indicated below:

Mr. Rolando L. Rios  
Law Offices of Rolando L. Rios  
The Milam Building  
115 E. Travis, Ste. 1645  
San Antonio, TX 78205

*Via CMRRR No. 7003 1010 0004 5278 8044*

Jose Garza  
Law Office of Jose Garza  
1913 Fordham  
McAllen, Texas 78505

*Via First Class Mail*

Mr. Michael Milby  
U. S. District Clerk  
Brownsville Division  
600 E. Harrison St.  
Brownsville, TX 78520-7114

*Via CMRRR No. 7003 1010 0004 5278 8037*

_____  
J. W. Dyer (By permission)