IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CITY OF COMBS, TEXAS, Olga Montes, Individually and in her Capacity as Alderman for the City of Combs, Texas, Antonio Hernandez and Marian Reañades Plaintiffs, | § § § § § § | United States District Court Southern District of Texas FILED SEP 1 8 2003 Michael N. Milby Clerk of Court |
| v. | § | CIVIL ACTION. NO. B-02-169 |
| EAST RIO HONDO WATER SUPPLY CORPORATION, B. J. Simpson, Charles M. Kilbourn, Thomas F. Schmitt Maria Hopper, Gloria Science, Santos Castillo, Ben Cowan and Henry Lipe, currently elected and/or appointed Members of the Board of Directors of the EAST RIO HONDO WATER SUPPLY CORPORATION Defendants. | § § § § § § § § § § § § | |

**PLAINTIFFS' MOTION TO DISMISS**

TO THE HONORBALE JUDGE OF THIS COURT:

Comes now, CITY OF COMBS et.al. Plaintiffs herein, and move the Court to dismiss, all of the claims and actions they have brought against EAST RIO HONDO WATER SUPPLY et.al. and as grounds therefore would respectfully show unto the Court as follows:

I.

The Three-Judge Court in this case made a legal determination and the United States Supreme Court affirmed, that the East Rio Hondo Water Supply Corporation is not a "political subdivision" of the State of Texas for purposes of the Voting Rights Act. (see court order entered on February 3, 2003 and accompanying memorandum) The remaining Voting Rights Act claims, 42 USC 1973, and the equal protection claim, 42 USC 1983, require "state action" as an essential element for Plaintiffs' claim. In light of the Three-Judge Court determination and the Supreme Court's affirmance, Plaintiffs do not wish to purse the remaining claims of their complaint. Therefore, the Plaintiffs file this motion to dismiss Plaintiffs' remaining federal law claims.

1

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that their claims against EAST RIO HONDO WATER SUPPLY, be dismissed, and that said Plaintiffs take nothing against said Defendant. Plaintiffs further pray that all costs of Court incurred herein be adjudged against each party incurring the same, and that the Court enter an Order of Dismissal.

DATED: September 11, 2003

Respectfully Submitted,

ROLANDO L. RIOS
MELISSA CASTRO
GEORGE KORBEL
The Law Offices of Rolando L. Rios
The Milam Building
115 E. Travis St., Suite 1645
San Antonio, Texas 78205
(210) 222-2102
(210) 222-2898 fax
rrios@rolandorioslaw.com

Richard Valdez
Combes City Attorney
905 Morgan Boulevard
Suite B
P.O. Box 534042
Harlingen, Texas 78550
956-425-5775

JOSE GARZA
SBN: 07731950 FBN 1959
Law Office of Jose Garza
1913 Fordham
McAllen, Texas 78505
956-343-0157
E-mail: garzpalm@aol.com

_____
ROLANDO L. RIOS
SBN: 16935900 FBN 14370

CERTIFICATE OF CONFERENCE

I, Rolando L. Rios, counsel for plaintiffs, hereby certify that I have conferred with counsel for Defendants regarding this motion and am advised that Defendants oppose this motion.

_____
Rolando L. Rios

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Plaintiffs' Motion to Dismiss has been mailed to the attorney for the Defendants at the following address on this 11 day of September, 2003.

Mr. J.W. Dyer
Dyer & Associates
3700 N. 10th Street, Suite 105
Mc Allen, Texas 78501
Tel. (956) 686-6606
Fax (956) 686-6601

_____
Rolando L. Rios