45

United States District Court
Southern District of Texas
FILED

OCT 2 8 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

PRETRIAL CONFERENCE

CIVIL ACTION NO. B-02-169        DATE & TIME 10/28/03 @ 1:37-1:45 pm

COUNSEL:

CITY OF COMBS, TX, ET AL         § Jose Garza/Richard Valdez

VS                               §

EAST RIO HONDO WATER SUPPLY, ET AL § Sharon Almaguer

Courtroom Deputy: Irma Soto
Law Clerk:        Christian Southwick
Court Reporter:   Barbara Barnard
CSO:              Tony Yanez

Case called on the docket. Jose Garza and Richard Valdez appeared for the Plaintiffs. Sharon Almaguer appeared for the Defendants.

Plaintiffs clarify the Motion to Dismiss and it can be dismissed with prejudiced. After arguments of counsel, Court grants Plaintiffs' Motion to Dismiss with prejudice. Court dismisses the counter-claim with the condition that there are no time limitations asserted that would bar Defendants from asserting them in state court. No objection from Plaintiffs.

Court will issue written ruling.

Court is adjourned.